# United States District Court
## Middle District of Louisiana



FILED
U.S. DIST COURT
MIDDLE DISTRICT OF LA

2009 NOV -2 P 4: 14

BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICIA HAMPTON JACKSON<br>(Defendant's Name) | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   3:99CR00035-001<br><br>Richard Mark Upton<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s) <u>I, II and III</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 29, 2009
Date of Imposition of Sentence

_____
Signature of Judicial Officer

JAMES J. BRADY, United States District Judge
Name & Title of Judicial Officer

11-2-09
Date

USAtty

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 3:99CR00035-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | PATRICIA HAMPTON JACKSON | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | The defendant committed a crime. | July 17, 2002 |
| II | The defendant committed a crime. | January 16, 2002 |
| III | The defendant committed a crime. | July 1, 2002 |

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 3:99CR00035-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | PATRICIA HAMPTON JACKSON | |

## *IMPRISONMENT*

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months which shall run consecutive to the defendant's term of imprisonment pursuant to the judgment in Docket Number 02-221943, 16th Judicial District Court, St. Martin, Louisiana, Docket Number 9-02-0478, 19th Judicial District Court, Baton Rouge, Louisiana, and Docket Number 9-02-295, 19th Judicial District Court, Baton Rouge, Louisiana.

[ ]   The court makes the following recommendations to the Bureau of Prisons:
      The Court reorders and recommends to the Bureau of Prisons that the defendant participate in DNA testing.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.