## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**CRIMINAL**

**VERSUS**

**NO.   99-35-JWD-EWD**

**PATRICIA H. JACKSON**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 56) dated April 15, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion to Reduce Sentence, (Doc. 45) filed by Patricia Jackson, is DENIED.

Judgment shall be entered.

Signed in Baton Rouge, Louisiana, on April 30, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**