UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 99-35-JWD-EWD |
| PATRICIA H. JACKSON | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 14, 2023 (Doc. 63), to which no objection was filed,

**IT IS ORDERED** that the "Motion to Run Concurrent/Credit Time Served,"[26] filed by Defendant Patricia Jackson, is **DENIED**.

Signed in Baton Rouge, Louisiana, on May 2, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[26] Doc. 61.

1